[No. 71361-2-I.   Division One.   April 21, 2014.]

*In the Matter of the Marriage of* VERNON RUSSELL BLANK, *Respondent*, and AMANDA L. BLANK, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-3-04576-9, Elizabeth P. Martin, J., entered September 7, 2012. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Spearman, C.J., and Dwyer, J.

[No. 44107-1-II.   Division Two.   April 22, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. PAVEL F. ZALOZH, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-1-01105-2, Diane M. Woolard, J., entered September 24, 2012. *Reversed* and *remanded* by unpublished opinion per Maxa, J., concurred in by Hunt and Bjorgen, JJ.

[Nos. 44115-2-II; 44118-7-II.   Division Two.   April 22, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON EUGENE DICKSON, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALEXANDER DICKSON, *Appellant*.

Appeals from a judgment of the Superior Court for Thurston County, No. 11-1-01751-0, Chris Wickham, J., entered October 26, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Melnick, JJ.